UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>KARL ASATRIAN<br><br>           Defendant. | 3:09-CR-110-LRH-RAM |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#50) on April 28, 2011. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $92,668.50

**Total Amount of Restitution ordered:** $92,668.50

Dated this 10th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE